JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PRICE, | CV 24-10517 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KAISER FOUNDATION HEALTH PLAN INC., | |
| Defendant. | |

Pursuant to the Court's March 11, 2025 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 11, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE